DATE:  February 2, 2021


The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Troy McGowan
    v. Commonwealth of Virginia
    Record No. 0436-20-1
    Opinion rendered by Senior Judge Annunziata on
    November 24, 2020

2.  Paula Jo Smith
    v. Commonwealth of Virginia
    Record No. 1146-19-4
    Opinion rendered by Chief Judge Decker on
    December 1, 2020

3.  Richard Paul Stevens
    v. Commonwealth of Virginia
    Record No. 1275-19-2
    Opinion rendered by Chief Judge Decker on
    December 1, 2020

4.  Nicholas Lee Thomas
    v. Commonwealth of Virginia
    Record No. 0176-20-2
    Opinion rendered by Judge Humphreys on
    December 1, 2020

5.  Rebecca Jones Richard
    v. Commonwealth of Virginia
    Record No. 1722-19-3
    Opinion rendered by Judge Humphreys on
    December 8, 2020

The following case in which the Court of Appeals issued a published opinion has been disposed of by the Supreme Court:

1. Coshaun Tyrell Bryant
   v. Commonwealth of Virginia
   Record No. 0221-19-1
   Opinion rendered by Judge Beales
     on June 16, 2020
   Refused (200902)